IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WHITE SAND LAKE ASSOCIATION, INC., PHEIFER BROTHERS CONSTRUCTION COMPANY, INC., CLARK ALBERT, RAY FRIGO, AMBER WINTER, DENISE ODELL, CONNIE WINTER, MIKE RUMMEL, LOUISE WALSH and MARY LOU FISHER,

Plaintiffs,

v.

JOHN D. JOHNSON, SR., THE TRIBAL COURT OF THE LAC DU FLAMBEAU BAND OF LAKE SUPERIOR CHIPPEWA INDIANS, MATTHEW FLETCHER and MELINDA YOUNG,

Defendants.

PRELIMINARY INJUNCTION

26-cv-615-wmc

---

The court issues this separate, written preliminary injunction in light of its Opinion and Order entered today.

IT IS ORDERED that:

a) defendants are PRELIMINARILY ENJOINED from enforcing tribal ordinances against plaintiffs' construction, operation or use of the private boat launch on White Sand Lake located on the shoreline property at 2977 County Highway H, Lac du Flambeau, Wisconsin, pending final resolution of this action;

b) the case *Lac du Flambeau v. White Sand Lake Association, et al.*, Case No. 25-CV-034, pending in Lac du Flambeau Tribal Court is STAYED in its entirety until full and final resolution of this action;

c) enforcement of any kind of the Tribal Court's preliminary injunction issued on April 30, 2026, in the case *Lac du Flambeau v. White Sand Lake Association, et al.*, Case No. 25-CV-034, is also STAYED in its entirety until full and final resolution of this action;

d) no enforcement action, judicial proceedings, or any other proceedings of any kind may be taken by defendants with regard to the citations issued to plaintiffs by the Band pending full and final resolution of this action; and

e) plaintiffs may continue operation and use of the boat launch in accordance with Vilas County Zoning Permit obtained on April 28, 2025, and all other applicable regulations pending full and final resolution of this action.

Entered this 31st day of August, 2026.

BY THE COURT:

/s/

WILLIAM M. CONLEY
District Judge